UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
FEB 27 2020
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. )
) 4:20CR138 RLW/NAB
TAMARA BELOSI, )
)
Defendant. )
)

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE
[Use of Unauthorized Access Device]

From in or about January 1, 2018 through in or about December 31, 2018, in the Eastern District of Missouri, the defendant,

**TAMARA BELOSI,**

knowingly and with intent to defraud, used an unauthorized access device ending in **** **** **** 5978 and lawfully issued to "TLVA," and by such conduct, obtained property in an amount exceeding $1,000, in that the defendant used her employer's corporate credit card, without the authorization or knowledge of her employer, to obtain over $45,000 in personal items, said use affecting interstate and foreign commerce, in that the access device was issued by Citibank, a financial institution involved in interstate or foreign commerce, all in violation of 18 U.S.C. § 1029(a)(2) and (c)(1)(A)(i).

## COUNT TWO
### [Use of Unauthorized Access Device]

From in or about January 1, 2017 through in or about December 31, 2017, in the Eastern District of Missouri, the defendant,

## TAMARA BELOSI,

knowingly and with intent to defraud, used an unauthorized access device ending in **** **** **** 0012 and lawfully issued to "TLVA," and by such conduct, obtained property in an amount exceeding $1,000, in that the defendant used her employer's corporate credit card, without the authorization or knowledge of her employer, to obtain over $8,000 in personal items, said use affecting interstate and foreign commerce, in that the access device was issued by Citibank, a financial institution involved in interstate or foreign commerce, all in violation of 18 U.S.C. § 1029(a)(2) and (c)(1)(A)(i).

## COUNT THREE
### [Use of Unauthorized Access Device]

From in or about January 1, 2017 through in or about December 31, 2017, in the Eastern District of Missouri, the defendant,

## TAMARA BELOSI,

knowingly and with intent to defraud, used an unauthorized access device ending in **** **** **** 1026 and lawfully issued to "TLVA," and by such conduct, obtained property in an amount exceeding $1,000, in that the defendant used her employer's corporate credit card, without authorization and without the knowledge of her employer, to obtain over $31,000 in personal items, said use affecting interstate and foreign commerce, in that the access device was issued by

Synchrony Bank, a financial institution involved in interstate or foreign commerce, all in violation of 18 U.S.C. § 1029(a)(2) and (c)(1)(A)(i).

Dated: 2/26/20

A TRUE BILL

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
GWENDOLYN E. CARROLL
Assistant United States Attorney